**SIRONA DENTAL SYSTEMS, INC., Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**3M ESPE AG, Appellee.**

No. 2012–1097.

United States Court of Appeals, Federal Circuit.

Aug. 20, 2012.

John D. Carpenter, Law Office of John D. Carpenter, of Pasadena, CA, argued for the appellant. Of counsel on the brief was David A. Dillard, Christie, Parker & Hale LLP, of Glendale, CA.

Lynne E. Pettigrew, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA argued for appellee United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Farheena Y. Rasheed, Associate Solicitor. Of counsel was Benjamin D.M. Wood.

Pamela Stewart, 3M Innovative Properties Company, of St. Paul, MN, argued for the appellee 3M ESPE AG. Of counsel on the brief was John C. Adkisson, Fish & Richardson, P.C., of Minneapolis, MN.

NEWMAN, PROST, and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.